| | |
|---|---|
| To: Gordon P. Gallagher | From: William Brian Cook |
| US District Court | 1607 Longs Peak Drive |
| 901 19th street | Louisville, CO 80027 |
| Denver CO 80294 | **CASE:   1:21-CV-00654-GPG** |

## Motion to Change Address

Case 1:21-CV-00654-GPG:

I, William Brian Cook, hereby motion this court to change my listed address

    From: 2405 Midpoint Dr, Fort Collins, CO 80525

    To: 1607 Longs Peak Drive, Louisville CO 80027

on the basis that I no longer reside in Larimer County Jail.

Respectfully,

    William Brian Cook

    1607 Longs Peak Drive

    Louisville, CO 80027